

# JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

December 21, 2021

Kate Fogarty
Clerk of Court
U.S. District Court, District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:   James Keenan, et al. v. Holy See
      Case No.:  19-cv-1272 (ECT/JFD)

Dear Ms. Fogarty:

Enclosed please find documents and instructions relating to an additional attempt at service of process on the Holy See (State of Vatican City; The Vatican) in the case *Keenan, et al. v. Holy See*, Case. No. 0:19-cv-01272-ECT-JFD.  The enclosed documents must be dispatched by the Clerk of Court pursuant to the U.S. Foreign Sovereign Immunities Act, 28 USC § 1608(a)(3).

Pursuant to this section, service shall be made "by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned . . . ." 28 USC § 1608(a)(3).

Enclosed in the manila envelope is an Amended Notice of Suit with an attached copy of the U.S. Foreign Sovereign Immunities Act; an Amended Summons in a Civil Action; a Complaint; and Latin translations thereof.

The documents need to be sent using United States Postal Service (USPS), return receipt requested.  We have coordinated with Ms. Cara Kreuziger to facilitate the USPS mailing on December 22, 2021.

In order to effectuate service, please complete the following steps:

1.   Send the documents via USPS International registered mail, return receipt requested, using the USPS forms provided by Plaintiffs to *Holy See (State of Vatican City)*, a foreign state, c/o the Head of the Ministry of Foreign Affairs;

2.   Upon mailing, please complete the attached Declaration of Mailing or one alternately acceptable to the Court;

ATTORNEYS

**JEFFREY R. ANDERSON**
*Minnesota / Wisconsin*
*Illinois / Colorado*
*New York / Pennsylvania*
*New Jersey*
*UK-Registered Foreign Lawyer*

**MICHAEL FINNEGAN**
*Minnesota / Wisconsin*
*California / New York*

**MIKE RECK**
*California / New York*
*Texas / Pennsylvania*

**ELIN LINDSTROM**
*Minnesota / Wisconsin*

**TRUSHA GOFFE**
*Minnesota*
*Washington DC*
*New Jersey / New York*

**PATRICK STONEKING**
*Minnesota / Wisconsin*
*New York / North Dakota*

**ELIZABETH DEL CID**
*California / New York*

**RITA GRIBKO**
*New Jersey*

**JOSH PECK**
*Minnesota*

**MOLLY BURKE**
*Minnesota*

**JENNIFER STEIN**
*California*

**NAHID SHAIKH**
*New York / New Jersey*

**HAGEREY MENGISTU**
*California*

**TAYLOR STIPPEL**
*Minnesota / New York*

**STACEY BENSON**
*Minnesota / New York*

**DARROW ANDERSON**
*Minnesota*

**CLAYTON HINRICHS**
*Minnesota*

**CAVONE MOORE**
*California*

OF COUNSEL
**SEN. JOE DUNN** (RET.)
*California*

**JOSEPH C. GEORGE, JR.**
*California*

Kate Fogarty
December 21, 2021
Page 2

    3.    Once completed, make a copy of the completed Declaration of Mailing and file it on the court docket; and

    4.    Please return copies of the Declaration of Mailing to our office.

Thank you for your cooperation.  Please feel free to contact me if you have any questions or concerns regarding this matter.

Sincerely,

Elin Lindstrom
elin@andersonadvocates.com

EL:tg
Enclosures