**Registered No.** RH003192225US

**Date Stamp** 0003 55

Postage $ $45.75

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Extra Services & Fees $16.30
- ☒ Registered Mail $
- ☒ Return Receipt (hardcopy) $ $4.25
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Restricted Delivery $ $0.00

Total Postage & Fees $ $66.30

Customer Must Declare Full Value $0.00

Received by 12/22/2021

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE
SAINT PAUL MN 55101

19-cv-1272(ECT)(Eq)

**FROM:** US District Court, District of Minnesota, 316 North Robert St, 100 Federal Bldg, St. Paul, MN 55101 USA

**TO:** Paul Richard Gallagher, Sec. of the Section for Relations with States (Foreign Minister), Apostolic Palace, Vatican City, HolySee, 00120

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)


RH003192225US

**UNITED STATES POSTAL SERVICE®**

**PS Customs Declaration and Dispatch Note**

...nt in English using blue or black ink.
...mplete all **SHADED** fields before acceptance.
...ee the Privacy Notice on the reverse of Copy 4.

...MENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

**SENDER'S INFORMATION**

| Full Last Name | Full First Name | MI | USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|---|---|---|

| Business Name (if applicable) | | Sender's Telephone 651-848-1100 | Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|---|---|---|
| US District Court District of Minnesota | | | | | |

Address-1

Address-2: 100 Federal Building

| City | State MN | ZIP Code 55101 | 11. Importer's Reference (If applicable and known) | 12. Importer's Telephone (If applicable and known) |
|---|---|---|---|---|

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (If applicable and known)
10. Exporter's Telephone (If applicable and known)

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name Paul Hansmeier | MI | 13. AES ITN (If applicable) | 14. AES Exemption — NOEEI § (Check one if applicable)  ☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)  ☐ § 30.37 (y)  ☐ Other ____ |
|---|---|---|---|---|

| Business Name (if applicable) | | Addressee's Telephone 469-986-0014 | 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
|---|---|---|---|---|---|

Address-1

Address-2

| City | State/Province | Postal Code CO120 | Country | | |
|---|---|---|---|---|---|

18. Length (Inches)
19. Width (Inches)
20. Height (Inches)

21. Restrictions (If applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date: 12/22/2021

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other ____

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ | For Business Mailers, for items in Block 2 (if the information is known) | |
|---|---|---|---|---|---|---|
| | | | | | 24. HS Tariff Number | 25. Country of Origin |
| | | 2 | | 0 | | |
| | | | | | | |
| 6. Total | | | | | | |

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992      IMPORTANT: This package may be opened officially.      **4 – Sender's Copy**